[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-15111
Non-Argument Calendar

_____

D.C. Docket No. 5:18-cr-00013-LGW-BWC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ENIO CAMACHO-PINEDA,
a.k.a. Tony,
a.k.a. Tony Montana,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Southern District of Georgia

_____

(July 16, 2020)

Before JILL PRYOR, NEWSOM and BRANCH, Circuit Judges.

PER CURIAM:

Adam Ferrell, appointed counsel for Enio Camacho-Pineda in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Camacho-Pineda's conviction and sentence are **AFFIRMED**.